```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
JENNY PROTTAS,

                    Plaintiff,        MEMORANDUM & ORDER
                                      13-CV-6302(JS)(AYS)
        -against-

PHYLLIS P. DEDERICK, WILLIAM L.
DEDERICK, JR., and OLD DOMINION
MORTGAGE CO., INC.,

                    Defendants.
----------------------------------X
APPEARANCES
For Plaintiff:      Michael Joseph Romano, Esq.
                    Romano & Associates
                    220 Old Country Road, 1st Floor
                    Mineola, NY 11501

For Defendants:     No appearances.
```

SEYBERT, District Judge:

Presently pending before the Court are: (1) Plaintiff Jenny Prottas' motion for default judgment, (Docket Entry 14); and (2) Magistrate Judge Anne Y. Shields' Report and Recommendation ("R&R"), recommending that Plaintiff's motion be denied without prejudice to the filing of a properly supported motion for default judgment, (Docket Entry 17).

In reviewing an R&R, a district court "may accept, reject, or modify, in whole or in part, the findings and recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). If no timely objections have been made, the "court need only satisfy itself that there is no clear error on the face

of the record." Urena v. New York, 160 F. Supp. 2d 606, 609-10 (S.D.N.Y. 2001) (internal quotation marks and citation omitted).

Objections were due within fourteen days of service of the R&R. The time for filing objections has expired, and Plaintiff has not objected. Accordingly, all objections are hereby deemed to have been waived.

Upon careful review and consideration, the Court finds Judge Shields' R&R to be comprehensive, well-reasoned and free of clear error, and it ADOPTS the R&R in its entirety. Plaintiff's motion for default judgment is therefore DENIED WITHOUT PREJUDICE.

## CONCLUSION

Judge Shield's R&R (Docket Entry 17) is ADOPTED in its entirety and Plaintiff's motion for a default judgment (Docket Entry 14) is DENIED WITHOUT PREJUDICE to filing a properly supported motion for default judgment. If Plaintiff wishes to renew her motion, she must do so with fourteen (14) days of this Memorandum and Order.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: July  9 , 2015
       Central Islip, NY